AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Michigan ▼

| | |
|---|---|
| United States of America<br>v.<br><br><br>PETER BURRELL,<br>*Defendant(s)* | )<br>)<br>)  Case: 2:26-mj-30469<br>)  Judge: Unassigned,<br>)<br>)  Filed: 08-10-2026<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____July 25, 2026____ in the county of ____Wayne____ in the ____Eastern____ District of ____Michigan____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §1513 | Retaliating against a witness, victim, or an informant |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Robert Schmitz, Special Agent- FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   ____08/10/2026____

_____
*Judge's signature*

City and state:   ____Detroit, Michigan____

Hon. Elizabeth A. Stafford
*Printed name and title*

United States Magistrate Judge

## <u>AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT</u>

I, Robert J. Schmitz, being duly sworn, depose and state as follows:

### I.    INTRODUCTION

1.    I have been employed as a Special Agent of the Federal Bureau of Investigation since January 2016. I am currently assigned to the Violent Crime Squad in the Detroit Division of the FBI.

2.    I am an "investigative or law enforcement officer" of the United States within the meaning of 18 U.S.C. § 2501(7), that is, an officer of the United States who is empowered by the law to conduct investigations of and to make arrests for the offenses enumerated in 18 U.S.C. § 2516.

3.    I have investigated federal violations concerning health care fraud, drug trafficking, crimes of violence and firearms. I have gained experience through training and everyday work related to these types of investigations.

4.    The statements contained in this Affidavit are based on my experience and background as a Special Agent and on information provided by other Special Agents of the FBI. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all of facts known to law enforcement related to this investigation.

1

5.     This affidavit is made in support of a criminal complaint charging

Peter BURRELL (DOB: XX/XX/1968) with 18 U.S.C. § 1513 (Retaliating against

a witness, victim, or an informant).

## II.     PROBABLE CAUSE

Assault of CHS – July 25, 2026

6.     On the morning of Sunday, July 26, 2026, at approximately 9:46 AM,

I missed a telephone call from a confidential human source (hereafter CHS-1).

7.     CHS-1 has worked at the direction of the FBI on multiple

investigations. I have worked directly with CHS-1 and have found the information

provided by CHS-1 to be truthful and reliable.  I have never had a reason to doubt

any information provided by CHS-1.

8.     A short time after missing the call, I called CHS-1 back, who provided

the following information.

9.     On July 25, 2026, between approximately 10:45 PM and 11:30 PM,

CHS-1 was sitting on a bench outside of The Aretha Franklin Amphitheatre in

Detroit, MI, listening to one of the last musical acts to perform that night. CHS-1

was seated on a bench near Atwater and Chene, close to the main entrance to the

Amphitheatre with his/her back to the venue.

10.     As the show was ending and people were leaving the venue, CHS-1

was approached by Peter BURRELL who was with at least three other unidentified

2

males. CHS-1 observed BURRELL approaching and identifying CHS-1 to the other individuals. BURRELL shouted toward CHS-1, "You [CHS-1 First Name], you [CHS-1 First Name]?" BURRELL then punched CHS-1 on the left side of the face with a closed fist. The impact caused CHS-1 to lose balance, though s/he caught himself/herself as s/he fell to the ground. The impact also knocked off CHS-1's hat and glasses.

11.     CHS-1 believed from the expression on BURRELL's face that BURRELL intended to kill CHS-1. CHS-1 feared for their life and ran east on Atwater toward Joseph Campau to their parked car.

12.     CHS-1 advised that s/he had a knot on the side of their cheek bone which was swollen. CHS-1 also injured their arm/shoulder while catching themselves before falling to the ground. CHS-1 stated that they had experienced headaches lasting one week since the incident. CHS-1 stated that they experienced severe pain, soreness, and tenderness on the side of their face as a result of the punch.

<u>CHS-1 Previous Cooperation regarding Peter Burrell</u>

13.     CHS-1 provided information regarding BURRELL beginning in 2020. At that time, CHS-1 conducted undercover recordings at the direction of the FBI at a medical office involved in prescription drug diversion. BURRELL was identified during that investigation as a patient recruiter, someone who was recruiting

3

patients to receive medically unnecessary prescription narcotics from a doctor at the office and then selling the pills on the illegal street market.

14.     At the direction of the FBI, CHS-1 conducted a controlled purchase of narcotics from BURRELL in 2020.

15.     BURRELL was charged with other defendants in the case U.S. v Burrell et. al in 2021. BURRELL ultimately pled guilty to one count of conspiracy with intent to distribute and to distribute controlled substances under 21 U.S.C. §§ 841(a)(1) and 846. In 2024, BURRELL was sentenced to 30 months' custody of the Bureau of Prisons to be followed by three years of supervised release. BURRELL's term of supervised release began on May 30, 2025.

16.     I worked as one of the case agents assigned to the investigation of BURRELL. I am aware from my involvement in that investigation, including my knowledge of the discovery process with respect to BURRELL, that BURRELL learned of CHS-1's identity, and BURRELL knew that CHS-1 had conducted an undercover drug purchase from him.

17.     I attended a proffer session with BURRELL, his attorney, and an Assistant United States Attorney in November 2021. During the meeting, BURRELL identified CHS-1 by name and expressed his anger because CHS-1 cooperated against him. It is my opinion that the direct undercover sale of prescription drug controlled substances to CHS-1 made the case against

4

BURRELL extremely strong and likely caused BURRELL to plead guilty.  I found it highly unusual that BURRELL was unable to refrain from expressing his anger toward CHS-1 during a formal proffer interview with law enforcement, in the presence of his attorney and an Assistant United States Attorney.

18.     I am not aware of any other reason why BURRELL would physically assault CHS-1. CHS-1 and BURRELL have not had any contact since the controlled purchase in 2020.  It is my opinion and belief that BURRELL assaulted CHS-1 on July 25, 2026, in retaliation for CHS-1's previous cooperation against him.

19.     Pursuant to a federal search warrant, I obtained location information for BURRELL's cellular device. An FBI Special Agent certified on the Cellular Analysis and Survey Team (CAST) examined the location records for BURRELL's device on the night of July 25, 2026. The CAST agent observed that BURRELL's device was consistent with being in the area of the Aretha Franklin Amphitheatre between approximately 10:45 PM – 11:15 PM. The device then moved east down Atwater at approximately 11:20 – 11:28 PM.

20.     Based on the CAST agent's observations, BURRELL's cellular telephone was in the area during the time that CHS-1 was assaulted.

21.     I conducted a canvass for video surveillance footage for the night of July 25, 2026, in the area of CHS-1's reported assault. I obtained footage from a

5

camera near the Aretha Franklin Amphitheatre, facing west toward the bench where CHS-1 was seated. At the timestamp of July 25 at 23:13:45 (11:13 PM), I observed an individual wearing a white shirt throw a punch with their right arm. A short time later, CHS-1 is observed running from the area of the bench east bound.

22.     Furthermore, on August 6, 2026, an FBI Agent interviewed BURRELL in the probation office at the United States District Courthouse located at 231 W Lafeyette Blvd, Detroit, MI. Agents recorded the interview with both an audio and an audio/video recording device. During the interview, BURRELL made several statements. BURRELL indicated to agents that BURRELL attended the Charlie Wilson Concert at the Aretha Franklin Amphitheater in Detroit, Michigan on July 25, 2026. BURRELL stated he went to the concert with his wife, his friend "BONE", and BONE's wife/girl. BURRELL stated he did not attend the concert with anyone else and denied being there with three or four other male individuals. BURRELL specifically indicated that he knew who CHS-1 was and stated that he did not see CHS-1 at the concert. BURRELL repeatedly denied assaulting CHS-1 and repeatedly denied seeing CHS-1 at the concert at the Aretha Franklin Amphitheatre.

## CONCLUSION

23.     Based on the above information, probable cause exists that

BURRELL violated 18 U.S.C. § 1513 (Retaliating against a witness, victim, or an

informant).

_____
ROBERT J. SCHMITZ
Special Agent, FBI


Sworn to before me and signed in my presence and/or by reliable electronic means.

_____
HON. ELIZABETH A. STAFFORD
United States Magistrate Judge

Date:   August 10, 2026

7